FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 02 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DENISE P. EDWARDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff - Petitioner,<br><br>v.<br><br>THE FIRST AMERICAN CORPORATION and FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendants - Respondents. | No. 12-80227<br><br>D.C. No. 2:07-cv-03796-SJO-FFM<br>U.S. District Court for Central California, Los Angeles<br><br>ORDER |

Before: GRABER and BEA, Circuit Judges.

Respondents' unopposed motion to extend time to file an opposition to the petition is granted.

The court, in its discretion, grants the petition for permission to appeal the district court's December 3, 2012 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam). Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

SLJ/MOATT